In the Matter of the Application of MARY E. FITZPATRICK, Appellant, for an Order of Mandamus against NEW YORK STATE TEACHERS' RETIREMENT BOARD, Respondent.

*Teachers — pensions — mandamus to compel retirement of teacher for physical disability denied.*

*Matter of Fitzpatrick v. N. Y. State Teachers' Retirement Board,* 212 App. Div. 760, affirmed.

(Argued October 5, 1925; decided October 20, 1925.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered

May 27, 1925, which reversed an order of Special Term granting a motion for a peremptory order of mandamus to compel the defendant to retire for physical disability a public school teacher as of the date of her application therefor and, she having died within sixteen days of her application, to pay to her beneficiary the amount of said retirement allowance.

*Gerald W. O'Connor, Thomas O'Connor, George E. O'Connor* and *John T. Norton* for appellant.

*Frank B. Gilbert, Irwin Esmond* and *Raymond F. Allen* for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGH-LIN, CRANE, ANDREWS and LEHMAN, JJ.